No. 03–465. SABATE S. A. ET AL. v. CHATEAU DES CHARMES WINES LTD. C. A. 9th Cir. Certiorari denied.

No. 03–467. EDWARDS, AKA KING, ET AL. v. GERALD ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–469. BARTH v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 03–470. MERRITT v. MERRITT. Sup. Ct. Okla. Certiorari denied.

No. 03–474. KAPLAN v. CITY OF NORTH LAS VEGAS, NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–477. SAVAGE v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 03–479. DIONISIO v. VISION PROPERTIES OF FAIRLAWN I, LLC, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–480. POUILLON v. MICHIGAN. Cir. Ct. Shiawassee County, Mich. Certiorari denied.

No. 03–482. VICTOR C. ET UX. v. SAN MATEO COUNTY HUMAN SERVICES AGENCY. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 03–484. CAMPUS COMMUNICATIONS, INC. v. EARNHARDT ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 03–491. HALTOM ET AL. v. MIDVALE CITY CORP. Sup. Ct. Utah. Certiorari denied.

No. 03–493. ANNIS ET AL. v. OKLAHOMA LAW ENFORCEMENT RETIREMENT BOARD ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–496. ROGERS v. HORSESHOE ENTERTAINMENT. C. A. 5th Cir. Certiorari denied.